**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

6. NATHANIEL AUGUSTUS SMITH, III, and
7. TROY SAGO,

      Defendants.

## MINUTE ORDER[1]

On **August 24, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a date and time to hear the following motions:

(1)   **Motion To Suppress** [#447] filed May 3, 2010, by defendant Smith (oral argument only);

(2)   **Motion of Mr. Sago To Suppress Evidence Seized From The Chicken Shack Located at 3039 Jet Wing Drive, Colorado Springs, Colorado** [#457] filed May 3, 2010 (oral argument only); and

(3)   **Motion To Suppress Statement** [#458] filed May 3, 2010, by defendant Sago (evidence and argument).

Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: August 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.