**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. NATHANIEL AUGUSTUS SMITH, III, and
7. TROY SAGO,

    Defendants.

---

**MINUTE ORDER**[1]

---

On **April 7, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set the following motions for hearing:

- **Defendant Nathaniel Smith's Motion To Suppress Intercepted Wire Communications, Request For Leave To File a Reply Brief, and Request for Evidentiary Hearing** [#583] filed September 1, 2010; and

- Defendant Sago's **Motion To Suppress Evidence Obtained Through Interception of Wire Communications** [#588] filed September 6, 2010.

**IT IS FURTHER ORDERED** that counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: April 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.