**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. NATHANIEL AUGUSTUS SMITH, III, and
7. TROY SAGO,

    Defendant.

---

## MINUTE ORDER[1]

---

    At the conclusion of the hearing held in this case on September 14, 2011, and with the agreement of counsel for all parties, this matter was set for a telephonic setting conference on September 15, 2011, at 10:00 a.m. At the time of the of the telephonic setting conference counsel for defendant Sago, Neil MacFarlane, could not be reached by telephone and did not contact the court. With the agreement of counsel for all other parties,

    **IT IS ORDERED** that on **September 26, 2011**, commencing at 1:30 p.m., the court will conduct the continued suppression hearing in this matter. The court reserves the remainder of the afternoon for this hearing.

    Dated: September 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.