**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00287-REB-06

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  NATHANIEL AUGUSTUS SMITH, III,

    Defendant.

## ORDER

**Blackburn, J.**

    The matter is before me on **Defendant Nathaniel Smith's Motion To Disclose Testimony To Grand Jury Re: Second Superseding Indictment** [#730][1] filed November 22, 2011.  I deny the motion as moot.

    On November 22, 2011, Mr. Smith filed the instant motion. On December 7, 2011, I entered an **Order Permitting disclosure of Grand Jury Material** [#737]. Although the order was entered in response to the **Government's *Ex Parte* Motion for an Order Permitting Disclosure of Grand Jury Material** [#736] filed December 7, 2011, the order effectively granted the relief requested by Mr. Smith in the instant motion.

    **THEREFORE, IT IS ORDERED** that **Defendant Nathaniel Smith's Motion To Disclose Testimony To Grand Jury Re: Second Superseding Indictment** [#730]

---

[1] "[#730]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

filed November 22, 2011, is **DENIED** as moot.

 Dated March 19, 2012, at Denver, Colorado.

               **BY THE COURT:**

               */s/ Bob Blackburn*
               Robert E. Blackburn
               United States District Judge